# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH EVERTON ROBERTS          Chapter 13

         Debtor          Bankruptcy No. 14-14923-MDC

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

AND NOW, this __14th__ day of __July__, 201_6_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CAROLYN ELAINE JOHNSON
LEGAL AID OF SOUTHEASTER PA
410 WELSH ST
CHESTER, PA 19013-

Debtor:
KEITH EVERTON ROBERTS

31 GOLF ROAD

UPPER DARBY, PA 19082